O

```
                                    ┌─────────────────────────────┐
                                    │            FILED            │
                                    │ CLERK, U.S. DISTRICT COURT  │
                                    │  ┌───────────────────────┐  │
                                    │  │                       │  │
                                    │  │      APR - 2 2012      │  │
                                    │  │                       │  │
                                    │  └───────────────────────┘  │
                                    │ CENTRAL DISTRICT OF CALIFORNIA│
                                    │ BY                    DEPUTY │
                                    └─────────────────────────────┘
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: MJ - 12-794 |
| Plaintiff, ) | ORDER OF DETENTION |
| vs. ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| RAMIRO OSORIO-ZUBILLAGA ) | |
| Defendant. ) | |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _D. Arizona_ for alleged violation(s) of the terms and conditions of his/~~her~~ [~~probation~~] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _Δ submits w/o prejudice, and provided no information to PSA._

1 _____

2 _____

3 _____

4 and/or

5 B.  ( )  The defendant has not met his/her burden of establishing by

6 clear and convincing evidence that he/she is not likely to pose

7 a danger to the safety of any other person or the community if

8 released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9 on:_____

10 _____

11 _____

12 _____

13

14      IT THEREFORE IS ORDERED that the defendant be detained pending

15 the further revocation proceedings.

16

17 Dated: _____4.2.12_____

18

19

20                                   _____
                                    UNITES STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27